**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| STEPHEN HOLOBOWICZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12 CV 50331 |
| | ) | |
| v. | ) | Judge David Johnston |
| | ) | |
| US FOODSERVICE OF ILLINOIS, INC., | ) | |
| dlb/a US FOODSERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby agree to the dismissal of this case with prejudice. All issues and controversies between the parties have been settled and resolved to their mutual satisfaction. Each party shall bear its own attorneys' fees and costs.

DATED: JULY 23, 2013

AGREED TO BY:

| | |
|---|---|
| **/s/ Giselle Perez de Donado** | **/s/ Michael T. Smith** |
| Giselle Perez de Donado | Michael Smith |
| Attorney for Defendant | Attorney for Plaintiff |
| | |
| SEYFARTH SHAW LLP | Law Offices of Michael T. Smith |
| 131 South Dearborn Street, Suite 2400 | 440 W. Irving Park Road |
| Chicago, Illinois 60603 | Roselle, Illinois 60172 |
| Phone: (312) 460-5000 | Phone: (847) 895-0626 |

```
```

## **CERTIFICATE OF SERVICE**

  I, Joshua McCann, attorney, hereby certify that on July 23, 2013, I electronically filed **STIPULATION OF DISMISSAL,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

             /s/ Joshua D. McCann
             JOSHUA MCCANN

LAW OFFICES OF MICHAEL T. SMITH
440 W. Irving Park Road
Roselle, IL  60172
(847)895-0626